1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7

8 KYLE RACKLIFF,

9                               Plaintiff,          CASE NO. 2:19-cv-00106-JCC

10        v.                                        **ORDER GRANTING**
                                                    **APPLICATION TO PROCEED IN**
11 JULIE SPECTOR, KING COUNTY                       **FORMA PAUPERIS**
   SUPERIOR COURT,
12
                               Defendants.

13        Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28

14 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. §

15 1915(e)(2)(B) before issuance of summons.

16        The Clerk shall provide a copy of this Order to plaintiff and to the Honorable John C.

17 Coughenour.

18        DATED this 24th day of January, 2019.

19

20

21                                        _____
                                          BRIAN A. TSUCHIDA
22                                        Chief United States Magistrate Judge

23